# United States Court of Appeals

### For the Eighth Circuit

_____

No. 19-3256

_____

Denise Wright

*Plaintiff - Appellant*

v.

Robert Wilkie, in his official capacity as Secretary, Department of Veterans Affairs

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock

_____

Submitted: June 5, 2020
Filed: June 11, 2020
[Unpublished]

_____

Before COLLOTON, BEAM, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

Denise Wright appeals the district court's[1] adverse grant of summary judgment in this employment discrimination action. Having carefully reviewed the record and

_____

[1]The Honorable Brian S. Miller, United States District Judge for the Eastern District of Arkansas.

the parties's arguments on appeal, we find no basis for reversal.  <u>See</u> <u>Banks v. John</u> <u>Deere & Co.</u>, 829 F.3d 661, 665 (8th Cir. 2016) (standard of review).  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____